UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-00052 JVS (RNBx) | Date | January 25, 2010 |
| Title | Toyo Tire Holdings of Americas Inc., et al. V. Continental Tire North America Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donna Melby | Leslie Werlin |
| Daniel Prince | Robert Ross |
| | Mitchell Blair |
| | Leila Nourani |
| | Michael McCollum |

**Proceedings:**   Order to Show Cause re Preliminary Injunction(Issd 1-15-10)

     Cause called and the parties make their appearances.   The Court states its tentative ruling for the record.   The parties make their arguments.   The Court DENIES the Preliminary Injunction for reasons stated on the record.

|  | 1 | : | 16 |
|---|---|---|---|
| Initials of Preparer | kjt | | |